UNITED STATES, Appellee

v

MICHEL E. MOUNTAIN, Private First Class,
U. S. Marine Corps, Appellant

20 USCMA 319, 43 CMR 159

No. 23,716

January 29, 1971

*Captain R. O. Kellam*, JAGC, USN, and *Lieutenant George F. Mc-Gunnigle, Jr.*, JAGC, USNR, were on the pleadings for Appellant, Accused.

*Commander Michael F. Fasanaro, Jr.*, JAGC, USN, was on the pleadings for Appellee, United States.

### Opinion of the Court

DARDEN, Judge:

The appellant was tried by a court-martial without court members. His failure to request, in writing, trial by military judge alone deprived the court-martial of jurisdiction. United States v Dean, 20 USCMA 212, 43 CMR 52 (1970).

Accordingly, the decision of the United States Navy Court of Military Review is reversed, the findings and sentence are set aside, and the record of trial is returned to the Judge Advocate General of the Navy. Another trial may be ordered.

Judge FERGUSON concurs.

QUINN, Chief Judge (dissenting):

I would affirm the decision of the United States Navy Court of Military Review. See my dissent in United States v Dean, 20 USCMA 212, 43 CMR 52 (1970).